THE STATE OF TEXAS      FILE COPY
DISTRICT COURT, TARRANT COUNTY

*CITATION*      *Cause No. 348-273458-14*

JAMES JOSEPH SMITH
VS.
RANDY WATKINS, ET AL

TO: JUDGE JEFFREY CURETON

501 W 10TH ST RM 520 FORT WORTH, TX 76102-3673

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL COMPLAINT at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 348th District Court ,401 W BELKNAP, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

JAMES JOSEPH SMITH

Filed in said Court on August 1st, 2014 Against
OFFICER D.J. SCOTT, OFFICER M. KING, AISHA SALEEM, SGT. JIM THOMSON, JUDGE TERRY MEANS, CHRISTOPHER A. CURTIS, SIMON GONZALEZ, ANGELA SAAD, JUDGE JOHN MCBRYDE, PETER FLEURY, OFFICER SHAWN MURRAY, JUDGE JEFFREY CURETON, SGT. RANDY WATKINS
For suit, said suit being numbered 348-273458-14 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL COMPLAINT a copy of which accompanies this citation.

PRO SE
Attorney for JAMES JOSEPH SMITH Phone No.
Address    833 HALLVALE DR FORT WORTH, TX 76108

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 5th day of August, 2014.

By _____ Deputy
SHARON BYRD

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
Thomas A. Wilder, Tarrant County District Clerk, 401 W BELKNAP, FORT WORTH TX 76196-0402

**OFFICER'S RETURN**

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at _____ o'clock ___M on the _____ day of _____, _____ by delivering to the within named (Def.): _____ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL COMPLAINT , having first endorsed on same the date of delivery.

     Authorized Person/Constable/Sheriff: _____
     County of _____ State of_____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of office
(Seal)
                                  County of _____, State of _____

## CITATION

Cause No. 348-273458-14

JAMES JOSEPH SMITH

VS.

RANDY WATKINS, ET AL

ISSUED

This 5th day of August, 2014

Thomas A. Wilder
Tarrant County District Clerk
401 W BELKNAP
FORT WORTH TX 76196-0402

By          SHARON BYRD Deputy

PRO SE
Name: JAMES JOSEPH SMITH

Address: 833 HALLVALE DR

FORT WORTH, TX 76108

## CIVIL LAW

*34827345814000004*

FILE COPY