CONSTABLE PCT-5
RETURNED UNSERVED
DATE 8/7/14
FEE 75
DEPUTY ____
REASON UNKNOWN LOCATION

MD-2608749

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

ORIGINAL

## CITATION

Cause No. 348-273458-14

JAMES JOSEPH SMITH
VS.
RANDY WATKINS, ET AL

TO: OFFICER M. KING

908 SOUTHLAND AVE FORT WORTH, TX 76104

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL COMPLAINT
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 348th District Court
,401 W BELKNAP, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

JAMES JOSEPH SMITH

Filed in said Court on August 1st, 2014 Against
OFFICER D.J. SCOTT, OFFICER M. KING, AISHA SALEEM, SGT. JIM THOMSON, JUDGE TERRY MEANS, CHRISTOPHER CURTIS, SIMS, GONZALEZ, ANGELA SAAD, JUDGE JOHN MCBRYDE, PETER FLEURY, OFFICER SHAWN MURRAY, JUDGE JEFFREY CURETON, SGT. RANDY WATKINS
For suit, said suit being numbered 348-273458-14 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL COMPLAINT a copy of which accompanies this citation.

PRO SE
Attorney for JAMES JOSEPH SMITH Phone No. -
Address    833 HALLVALE DR FORT WORTH, TX 76108

_____Thomas A. Wilder_____, Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 5th day of August, 2014.

By _____Byrd_____ Deputy
SHARON BYRD

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the
clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were
served this citation and petition, a default judgment may be taken against you.

Thomas A. Wilder, Tarrant County District Clerk, 401 W BELKNAP, FORT WORTH TX 76196-0402

### OFFICER'S RETURN

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL COMPLAINT
, having first endorsed on same the date of delivery.

        Authorized Person/Constable/Sheriff: _____
        County of _____ State of _____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)
                                _____
                                County of _____, State of _____



## CITATION

Cause No. 348-273458-14

JAMES JOSEPH SMITH

VS.

RANDY WATKINS, ET AL

ISSUED

This 5th day of August, 2014

    Thomas A. Wilder
   Tarrant County District Clerk
     401 W BELKNAP
  FORT WORTH TX 76196-0402

By      SHARON BYRD Deputy

---

PRO SE
Name: JAMES JOSEPH SMITH

Address: 833 HALLVALE DR

   FORT WORTH, TX 76108

## CIVIL LAW

*34827345814000008*

ORIGINAL

FILED
TARRANT COUNTY
2014 AUG 12 AM 11:18
THOMAS A. WILDER
DISTRICT CLERK