# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Ft. Worth Division*

JAMES JOSEPH SMITH

---
Plaintiff

v.

RANDY WATKINS, ET AL.

---
Defendant

Civil Action No. _____

## CERTIFICATE OF INTERESTED PERSONS

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendants Angela Saad, Christopher Curtis and Peter Fleury

---

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

N/A

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

James Joseph Smith, Randy Watkins, J. Thomson, S. Murray, D.J. Scott, M. King, Aisha Saleem, Terry Means, Jeffery Cureton, JohnMcBryde, Angela Saad, Simon Gonzalez, Christopher Curtis, Peter Fleury

| | |
|---|---|
| Date: | Aug 27, 2014 |
| Signature: | /s/ John S. Polzer |
| Print Name: | John S. Polzer |
| Bar Number: | 24042609 |
| Address: | 600 West 6th Street, Suite 300 |
| City, State, Zip: | Fort Worth, Texas 76102 |
| Telephone: | 817-877-2800 |
| Fax: | 817-877-2807 |
| E-Mail: | jpolzer@canteyhanger.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons