ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 SEP -2 AM 10: 18

CLERK OF COURT

| | | |
|---|---|---|
| JAMES JOSEPH SMITH<br>Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:14-CV-00710-A |
| RANDY WATKINS, et al.,<br>Defendants | § § § | |

### DEFENDANT J. THOMSON'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to FED. R. CIV. P. 7.1 and Local Rules 3.1(c), 3.2(e), 7.4, 81.1(a)(4)(D) and 81.2, Defendant J. Thomson certifies that the following listed persons have an interest in the outcome of this case. These representations are made in order that the Judges of the Court may evaluate possible disqualification or recusal:

1. James Joseph Smith[1] (Plaintiff);

2. Randy Watkins (Defendant);

3. J. Thomson (Defendant);

4. Laetitia Coleman Brown (Attorney for Defendant City of Fort Worth);

5. Brandon W. Carr (Attorney for Defendant City of Fort Worth);

6. S. Murray (Defendant);

7. J. Scott (Defendant);

8. M. King (Defendant);

9. Aisha Saleem (Defendant);

---

[1] In various pleadings, Plaintiff has identified himself as Christopher Robert Weast, Chris Robert and James Joseph Smith.

10. Terry Means (Defendant);

11. Jeffery Cureton (Defendant);

12. John McBryde (Defendant);

13. Angela Saad (Defendant);

14. Christopher Curtis (Defendant);

15. Peter Fleury (Defendant);

16. John S. Polzer (Attorney for Defendants Angela Saad, Christopher Curtis and Peter Fleury);

17. T. Derek Carson (Attorney for Defendants Angela Saad, Christopher Curtis and Peter Fleury); and

18. Simon Gonzalez (Defendant).

Respectfully submitted,

*[signature]*

LAETITIA COLEMAN BROWN
Sr. Assistant City Attorney
State Bar No. 00792417
*Laetitia.Brown@FortWorthTexas.gov*

**BRANDON W. CARR**
Assistant City Attorney I
State Bar No. 24074004
*Brandon.carr@fortworthtexas.gov*

1000 Throckmorton Street
Fort Worth, Texas 76102
Tel: 817-392-7600 / Fax: 817-392-8359

*Attorneys for Defendant J. Thomson*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent to the undersigned in accordance with the Texas Rules of Civil Procedure on this 2nd day of September, 2014:

*Via First Class Mail & Certified Mail – Return Receipt Requested*
James Joseph Smith – **CM/RRR No. 7013 2630 0002 1582 4844**
833 Hallvale Drive
Fort Worth, Texas 76108
*Plaintiff Pro Se*

*Via First Class Mail & Certified Mail – Return Receipt Requested*
James Joseph Smith, Register No. 47797-177 – **CM/RRR No. 7013 2630 0002 1582 4851**
Federal Correctional Institute
3150 Horton Road
Fort Worth, Texas 76119
*Plaintiff Pro Se*

John S. Polzer
jpolzer@canteyhanger.com
T. Derek Carson
dcarson@canteyhanger.com
CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
*Attorneys for Defendants Saad, Curtis and Fleury*

/s/ Laetitia Coleman Brown
LAETITIA COLEMAN BROWN