**ORIGINAL**

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 SEP -2  AM 10: 18

CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JAMES JOSEPH SMITH**<br>**Plaintiff,** | § § § | |
| **VS.** | § § | **CIVIL ACTION NO. 4:14-CV-00710-A** |
| **RANDY WATKINS, et al.,**<br>**Defendants** | § § § | |

---

## DEFENDANT J. THOMSON'S NOTICE OF CONSENT TO REMOVAL

---

Defendant J. Thomson, in his official capacity as a police officer with the Fort Worth Police Department, files his notice of consent to removal.

1.      Plaintiff is James Joseph Smith.[1]  Defendants are Randy Watkins, J. Thomson, S. Murray, J. Scott, M. King, Aisha Saleem, Terry Means, Jeffery Cureton, John McBryde, Angela Saad, Christopher Curtis, Peter Fleury and Simon Gonzalez.

2.      On August 1, 2014, Plaintiff sued Defendants in a Texas state court -- the 348th District Court of Tarrant County, Texas, bearing Cause No. 348-273458-14.  Plaintiff's claims against J. Thomson include allegations that his constitutional rights were violated under the U.S. Constitution (see Paragraph 21 of Plaintiff's Original Petition).

3.      Defendant J. Thomson is filing his Original Answer in Federal Court simultaneously with this Consent to Removal.

4.      On August 27, 2014, Defendants Saad, Curtis and Fleury filed a notice of removal, removing the case to this United States District Court.  Defendants mistakenly believed

---

[1]   In various pleadings, Plaintiff has identified himself as Christopher Robert Weast, Chris Robert and James Joseph Smith.

---

Defendant J. Thomson had not been served based on a clerical mistake in the Tarrant County records online. The Clerk has been informed of the mistake and has corrected the record.

5.      Defendant J. Thomson, in his official capacity as a police officer with the Fort Worth Police Department, agrees with the Notice of Removal and consents to removal of this action to federal court.

WHEREFORE, PREMISES CONSIDERED, Defendant J. Thomson, in his official capacity as a police officer with the Fort Worth Police Department, respectfully asks this Court to accept this notice of consent to removal and for general relief.

Respectfully submitted,

**LAETITIA COLEMAN BROWN**
Sr. Assistant City Attorney
State Bar No. 00792417
*Laetitia.Brown@FortWorthTexas.gov*

**BRANDON W. CARR**
Assistant City Attorney I
State Bar No. 24074004
*Brandon.carr@fortworthtexas.gov*

1000 Throckmorton Street
Fort Worth, Texas 76102
Tel: 817-392-7600 / Fax:  817-392-8359

*Attorneys for Defendant J. Thomson*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent to the

undersigned in accordance with the Texas Rules of Civil Procedure on this 2nd day of September,

2014:

*Via First Class Mail & Certified Mail – Return Receipt Requested*
James Joseph Smith – **CM/RRR No. 7013 2630 0002 1582 4844**
833 Hallvale Drive
Fort Worth, Texas  76108
*Plaintiff Pro Se*

*Via First Class Mail & Certified Mail – Return Receipt Requested*
James Joseph Smith, Register No. 47797-177 – **CM/RRR No. 7013 2630 0002 1582 4851**
Federal Correctional Institute
3150 Horton Road
Fort Worth, Texas  76119
*Plaintiff Pro Se*

John S. Polzer
jpolzer@canteyhanger.com
T. Derek Carson
dcarson@canteyhanger.com
CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, Texas  76102
*Attorneys for Defendants Saad, Curtis and Fleury*


LAÉTITIA COLEMAN BROWN