IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES JOSEPH SMITH, | § | |
| Plaintiff, | § § § | |
| VS. | § | NO. 4:14-CV-710-A |
| RANDY WATKINS, ET AL., | § § § | |
| Defendants. | § | |

### FINAL JUDGMENT

Consistent with the memorandum opinion and order signed in the above-captioned action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that such action, in which Christopher Robert Weast using the name James Joseph Smith is plaintiff, and all claims and causes of action purportedly asserted therein, be, and are hereby, dismissed.

SIGNED September 2, 2014.

_____
JOHN McBRYDE
United States District Judge